**No. 69723.**—Cavalier Mica Corporation *v.* United States, protest 65/2144 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 69724.**—Dorf International, Ltd. *v.* United States, protests 65/7658 and 65/7659 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protests were not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protests were dismissed as untimely.

BEFORE THE FIRST DIVISION, DECEMBER 29, 1965

**No. 69725.**—Colonial Process Supply Co., Inc., et al. *v.* United States, protests 65/1959, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Vulkollan strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiffs was sustained.